# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EDWARD H. ARNOLD AND JEANNE D. ARNOLD | : No. 422 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| CHERNERY MANAGEMENT, INC.; ROY E. HAHN; LARRY J. AUSTIN; HARRIS MYCFO, INC.; PHIL GROVES; ART SHAW; FRANK TIRELLI; STARS HOLDING COMPANY, INC. F/K/A MYCFO, INC.; HOULIHAN CAPITAL, LLC; HOULIHAN CAPITAL HOLDINGS, INC. F/K/A HOULIHAN VALUATION ADVISORS, INC.; COGENT CAPITAL F/K/A HOULIHAN VALUATION ADVISORS, INC.; LEBOEUF LAMB GREENE & MACRAE LLP N/K/A DEWEY & LEBOEUF, LLP; GRAHAM R. TAYLOR; SIDLEY AUSTIN BROWN & WOOD LLP N/K/A SIDLEY AUSTIN LLP; R.J. RUBLE; GRANT THORNTON LLP; HILLWOOD INVESTMENT FUND LLC; THOMSON INVESTMENT FUND LLC; AND EPPING INVESTMENT FUND LLC | : : : : : : : : : : : : : : : : : : : : : : : |
| | : |
| PETITION OF: HARRIS MYCFO, INC. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.